UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYLE WILLIAMS, | CV F- 03-5389 REC DLB P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT |
| v. | [DOC # 24] |
| ART CALDERON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. section 1983. Pending before the Court is plaintiff's motion to file a second amended complaint, filed April 20. 2005.

A plaintiff may amend his complaint once "as a matter of course," and without leave of Court, before a response has been filed under Federal Rule of Civil Procedure 15(a). Fed.R.Civ.P. 15(a); Bonn v. Calderon, 59 F.3d 815, 845 (9th Cir. 1995). Leave of Court is required for all other amendments. Rule Civ. P. 15(a). While the Court should freely give leave to amend if justice requires, the Court may deny leave to amend if the amendment would be futile or subject to dismissal. Bonn, 59 F.3d at 845; Saul v. United States, 928 F.2d 829, 843 (9th Cir. 1991).

While plaintiff has already amended his complaint, the Court finds no prejudice in allowing plaintiff to file a second amended complaint Defendants have not yet been served. Accordingly, plaintiff's motion to file a second amended complaint is HEREBY GRANTED. The Clerk of Court

1  is directed to file the second amended complaint lodged on April 20, 2005.
2      IT IS SO ORDERED.
3  **Dated:    April 22, 2005**                  **/s/ Dennis L. Beck**
   3b142a                                    UNITED STATES MAGISTRATE JUDGE