IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYLE WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR CALDERON, et al.,<br><br>Defendant. | No. CV-F-03-5389 REC/DLB P<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION BY DISTRICT COURT OF MAGISTRATE JUDGE'S RULING WITHOUT PREJUDICE (Doc. 32) AND DIRECTING PLAINTIFF TO FILE TRUST ACCOUNT STATEMENT AND RENEWED MOTION TO PROCEED IN FORMA PAUPERIS WITHIN 30 DAYS |

Plaintiff, a state prisoner proceeding in pro per, did not apply to proceed in forma pauperis when this action commenced and paid the initial filing fee on March 31, 2003. Plaintiff has filed a Second Amended Complaint. In conjunction with the filing of the Second Amended Complaint, plaintiff filed a motion to proceed in forma pauperis, asserting that he is unable to pay the costs of service. By Order filed on May 12, 2005, the Magistrate Judge denied plaintiff's motion to proceed in forma pauperis as moot because plaintiff has paid the initial filing fee.

1

1    Plaintiff moves to reconsider the Magistrate Judge's ruling.
2 In so moving, plaintiff contends that he is no longer able to pay
3 costs of suit to effect service of process on the defendants.  In
4 his motion for reconsideration, plaintiff asserts that he
5 submitted the required Trust Account Statement, showing his
6 inability to afford costs of service.
7    The court concludes that plaintiff should be allowed to
8 proceed in forma pauperis with regard to the costs of service of
9 process if plaintiff substantiates that he is entitled to so
10 proceed.  However, although plaintiff asserts that he has
11 submitted the required Trust Account Statement, no such document
12 has been filed with the court.
13    Consequently, plaintiff's request for reconsideration is
14 denied without prejudice.  Plaintiff is directed to file a Trust
15 Account Statement as required by law and applicable rules of
16 procedure and a renewed motion to proceed in forma pauperis
17 within 30 days of the filing date of this Order.  The Magistrate
18 Judge shall then determine whether and/or to what extent
19 plaintiff shall be allowed in forma pauperis status for the
20 purpose of effecting service of process of the Second Amended
21 Complaint.
22    IT IS SO ORDERED.
23 **Dated:  May 27, 2005**              **/s/ Robert E. Coyle**
   668554                          UNITED STATES DISTRICT JUDGE

2