# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYLE WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ART CALDERON, et al., ) <br> ) <br> Defendants. ) | CV F- 03-5389 REC DLB P <br><br> ORDER DENYING PLAINTIFF'S REQUEST FOR ORDER DIRECTING US MARSHAL TO EFFECT SERVICE <br> [DOC 49] |

Plaintiff is a state prisoner proceeding pro se and if forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On October 3, 2005, plaintiff filed a motion for an order directing the US Marshal to effect service on defendants. Plaintiff's request is premature. The Court has screened plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A(a) and determined that it fails to state cognizable claims for relief against the named defendants. The Court has granted plaintiff leave to file an amended complaint. The court will direct the United States Marshal to serve the amended complaint only after it has determined that it contains cognizable claims for relief against the named defendants. Until then, any request for service by the Marshal is premature and will be denied. Accordingly, it is HEREBY ORDERED that plaintiff's request that the Marshal be directed to serve his complaint, is DENIED.

IT IS SO ORDERED.

Dated: **November 28, 2005**                    **/s/ Dennis L. Beck**
3c0hj8                                                             UNITED STATES MAGISTRATE JUDGE