UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRYLE WILLIAMS, | ) | CV F- 03-5389 REC DLB P |
| Plaintiff, | ) ) ) | ORDER DISREGARDING PLAINTIFF'S MOTION FOR |
| v. | ) ) | SUMMARY JUDGMENT AS PREMATURE |
| ART CALDERON, et al., | ) ) | [DOC #50] |
| Defendants. | ) ) | |

Plaintiff is a state prisoner proceeding pro se and if forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On October 31, 2005, plaintiff filed a motion for summary judgment. Plaintiff's motion is premature. The Court has screened plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A(a) and determined that it fails to state cognizable claims for relief against the named defendants. The Court has granted plaintiff leave to file an amended complaint. The court will direct the United States Marshal to serve the amended complaint only after it has determined that it contains cognizable claims for relief against the named defendants. Until then, plaintiff's motion for summary judgment is premature and is therefore disregarded.

IT IS SO ORDERED.

Dated:     November 28, 2005            /s/ Dennis L. Beck
3c0hj8                                 UNITED STATES MAGISTRATE JUDGE