UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYLE WILLIAMS ) | CV F- 03-05389 OWW DLB P |
| Plaintiff, ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. ) | |
| J. MOOR, et. al., ) | |
| Defendant. ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights fourth amended complaint filed on August 31, 2006.  The complaint appears to state cognizable claims for relief for deliberate indifference to plaintiff's serious medical needs in violation of the Eighth Amendment and state law negligence.  Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Moor, Yin, O'Brien, Helmer, Klingenberg and Waggoner,

2. The Clerk of the Court shall send Plaintiff six (6) USM-285 forms, six (6) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed August 31, 2006.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the

1   Court with the following documents:

2   a. Completed summons;

3   b. One completed USM-285 form for each defendant listed above; and

4   c. Seven (7) copies of the endorsed fourth amended complaint filed August 31,
5   2006.

6   4. Plaintiff need not attempt service on Defendants and need not request waiver of
7   service.  Upon receipt of the above-described documents, the court will direct the
8   United States Marshal to serve the above-named Defendants pursuant to Federal Rule
9   of Civil Procedure 4 without payment of costs.

10  5. <u>The failure to comply with this Order will result in a Recommendation that this action</u>
11  <u>be dismissed.</u>

12  IT IS SO ORDERED.

13  **Dated:**   **November 30, 2006**              /s/ **Dennis L. Beck**
    3c0hj8                                          UNITED STATES MAGISTRATE JUDGE