IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYLE WILLIAMS, | 1:03-cv-05389-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTION TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| ARTHUR CALDERON, et al., | (DOCUMENT #100) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 14, 2007, plaintiff filed a motion to extend time to file Objections to Magistrate Judge's Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file any Objections to the Findings and Recommendations.

IT IS SO ORDERED.

Dated:   **January 23, 2008**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE