UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> A. CALDERON, et al., ) <br> ) <br> Defendants. ) <br> ) | CV F- 03-5389 LJO DLB P <br><br> ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On February 8, 2008, plaintiff filed a motion to compel discovery. Defendants are HEREBY ORDERED to respond to plaintiff's motion within 20 days of this order.

IT IS SO ORDERED.

Dated:  February 12, 2008            /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE