UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYLE WILLIAMS,<br><br>        Plaintiff,<br><br>vs.<br><br>MOOR, et al.,<br><br>        Defendants.<br>_____/ | 1:03-cv-05389-LJO-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 96)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART UNENUMERATED RULE 12(b) MOTION**<br><br>**ORDER REQUIRING DEFENDANTS TO RESPOND TO AMENDED COMPLAINT** |

    Plaintiff, Darryle Williams ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On November 28, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On November 29, 2007, defendants filed objections to the Magistrate Judge's Findings and Recommendation.  On December 14,

2007, plaintiff filed a motion to extend time. On January 23, 2008, the court granted plaintiff an additional thirty (30) days within which to respond. On February 25, 2008, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 28, 2007, are ADOPTED IN FULL;

2. Defendants' unenumerated Rule 12(b) motion, filed March 22, 2007, is GRANTED IN PART and DENIED IN PART as follows:

    A. Defendants' motion to dismiss plaintiff's Section 1983 claims for failure to exhaust prior to filing suit is DENIED; and,

    B. Defendants' motion to dismiss plaintiff's state law claims for medical malpractice is GRANTED and these claims are DISMISSED, without prejudice; and,

3. Defendants respond to plaintiff's amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   March 12, 2008**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE