1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                                  EASTERN DISTRICT OF CALIFORNIA

10

11   DARRYLE WILLIAMS,                          1:03-cv-05389-LJO-DLB (PC)

12                 Plaintiff,
                                                DISCOVERY ORDER
13   v.                                         SCHEDULING ORDER

14   ARTHUR CALDERON, et al.,
                                        Deadline to Amend Pleadings -        10/16/2008
15                 Defendants.          Discovery Cut-Off Date -             12/16/2008
                                        Dispositive Motion Deadline -        02/16/2009
16   _____/

17          Defendants Allen Yin, M.D., Charles O'Brien, M.D., J. Helmer, Sherry Klingenberg and

18   James Waggoner  have answered the fourth amended complaint filed on August 31, 2006.  Pursuant

19   to Federal Rules of Civil Procedure 1, 16, and 26-36, discovery shall proceed as follows:

20          1.  Discovery requests shall be served by the parties pursuant to Federal Rule of Civil

21   Procedure 5 and Local Rule 5-135, and shall only be filed when required by Local Rules 33-250(c),

22   34-250(c), and 36-250(c);

23          2.  Responses to written discovery requests shall be due forty-five (45) days after the

24   request is first served;

25          3.  To ensure that the responding party has forty-five (45) days after the request is first

26   served to respond, discovery requests must be served at least forty-five (45) days before the

27   discovery deadline;

28          4.  Pursuant to Federal Rule of Civil Procedure 30(a), defendants may depose plaintiff and

                                              -1-

1    any other witness confined in a prison upon condition that, at least fourteen (14) days before such a

2    deposition, defendants serve all parties with the notice required by Federal Rule of Civil Procedure

3    30(b)(1); and

4         5.  If disputes arise about the parties' obligations to respond to requests for discovery, the

5    parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal Rules

6    of Civil Procedure and Rules 11-110, 7-130, 7-131, 5-133, 5-135, 6-136, 43-142, and 78-230(m) of

7    the Local Rules of Practice for the United States District Court, Eastern District of California.

8    Unless otherwise ordered, Local Rule 37-251 shall not apply, and the requirement set forth in

9    Federal Rules of Civil Procedure 26 and 37 that a party seeking relief from the court certify that he

10   or she has in good faith conferred or attempted to confer with the other party or person in an effort to

11   resolve the dispute prior to seeking court action shall not apply.  Voluntary compliance with this

12   provision of Rules 26 and 37 is encouraged, however.  A discovery motion that does not comply

13   with all applicable rules will be stricken and may result in imposition of sanctions.

14        Further:

15        6.  The deadline for amending the pleadings shall be October 16, 2008;

16        7.  The parties are advised that the deadline for the completion of all discovery, including

17   filing motions to compel, shall be December 16, 2008;

18        8.  The deadline for filing pre-trial dispositive motions shall be February 16, 2009;

19        9.  **A request for an extension of a deadline set in this order must be filed on or before**

20   **the expiration of the deadline in question**; and

21        10.  **Extensions of time will only be granted on a showing of good cause.**

22

23        IT IS SO ORDERED.

24        Dated:   **April 22, 2008**          _____**/s/ Dennis L. Beck**_____
                                                UNITED STATES MAGISTRATE JUDGE

25

26

27

28