# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYLE WILLIAMS, | CASE NO. 1:03-CV-05389-LJO-DLB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES, WITHOUT PREJUDICE |
| v. | |
| ARTHUR CALDERON et al., | (Doc. 104) |
| Defendants. | ORDER REQUIRING PLAINTIFF TO SERVE AND RE-FILE MOTION WITHIN 30 DAYS |

Plaintiff Darryle Williams("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On February 7, 2007, defendants Yin, O'Brien, Helmer, Klingenberg and Waggoner filed a Suggestion of Death for defendant John Moor. (Doc. 65). On June 1, 2007, plaintiff filed a motion to substitute the estate of John Moor as a defendant in this action. (Doc. 79). By court order dated October 15, 2007, the court held that the ninety day period to substitute had not be triggered because there was no declaration of service or other proof reflecting that there had been proper service of the suggestion of death on the nonparty successors or representatives of defendant Moor (Doc. 88), and plaintiff's motion was subsequently disregarded as moot. (Doc. 111). Plaintiff and defendants have both filed objections to the court's March 17, 2008 order (Docs. 113, 114).

On November 16, 2007, defendants filed proof of service of the Suggestion of Death on Consuelo Moor, widow of John Moor. Plaintiff then filed a renewed motion for substitution on January 28, 2008, within the 90 day deadline prescribed under Federal Rules of Civil Procedure

25(a)(1) (Doc. 104).

Rule 25(a)(3) states as follows: "A motion to substitute...must be served on the parties as provided in Rule 5 and on nonparties as provided in Rule 4...".  Although the rule does not delineate the nonparties to be served, the successor or representative of deceased must be served in accordance with Rule 4 of the Federal Rules of Civil Procedure.  See <u>Barlow v. Ground</u>, 39 F3d 234 (9th Cir.).

As plaintiff did not file proof of service of his Motion for Substitution of Parties on the successor or representative of deceased John Moor, plaintiff's motion is denied without prejudice. The court will grant plaintiff an additional 30 days from the date of this order to properly serve the successor or representative of deceased John Moor in accordance with Rule 4 of the Federal Rules of Civil Procedure, and to re-file his motion for substitution of parties.

IT IS SO ORDERED.

Dated:   **May 1, 2008**          /s/ **Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE