# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYLE WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>A. CALDERON, et al.,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | CASE NO. 1:03-CV-5389-LJO DLB-P<br><br>ORDER RE PLAINTIFF'S MOTION TO SUPPLEMENT PLEADING<br><br>[Docs. 85, 86] |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 23, 2007, plaintiff filed a motion for leave to file a supplementary pleading, to include allegations against defendant Yin which plaintiff inadvertently omitted from the fourth amended complaint. (Doc. 85). Plaintiff also filed with the court a copy of the proposed supplemental pleading containing the allegations as against defendant Yin (Doc. 86). Defendants Waggoner, Yin, O'Brien Helmer and Klingsberg filed an opposition to plaintiff's motion on October 23, 2007 and plaintiff filed a reply on November 9, 2007. (Docs. 87, 89).

　　　On March 12, 2008, this court adopted the Findings and Recommendations of Magistrate Judge Dennis Beck, granting defendants' motion to dismiss plaintiff's state law claims for medical malpractice, without prejudice, for failure to exhaust, and denying defendants' motion to dismiss plaintiff's section 1983 claims. (Doc. 110).

　　　Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave

1

1 shall be freely given when justice so requires. Fed. R. Civ. P. 15(a).

2     In the present case, plaintiff wishes to supplement his fourth amended complaint to include the allegations set forth in Court Document #86. While an amended complaint typically supercedes any previous complaints filed, the court deems it more expedient to incorporate plaintiff's supplemental pleading into his fourth amended complaint, rather than to require plaintiff to file a fifth amended complaint.

    Accordingly, the Court HEREBY GRANTS plaintiff's motion, and the allegations set forth in plaintiff's supplemental pleading, Court Document #86, shall be incorporated by reference into plaintiff's fourth amended complaint.

    Defendants Waggoner, Yin, O'Brien Helmer and Klingsberg have already filed an answer to plaintiff's amended complaint, and no further response is required. (Doc. 117). Should defendants wish to amend their answer to respond to these newly added allegations, an amended answer is due within 20 days of this order.

    IT IS SO ORDERED.

    Dated:   **May 1, 2008**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE