# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYLE WILLIAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>MOOR et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:03-CV-5389-LJO-DLB P<br><br>ORDER RE PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES<br><br>(Doc. 126)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE OF SUMMONS AND COMPLAINT;<br><br>(Doc. 127)<br><br>ORDER DIRECTING SERVICE BY UNITED STATES MARSHAL, WITHOUT PREPAYMENT OF COSTS |

Plaintiff Darryle Williams ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. On January 9, 2007, the court issued an order directing the United States Marshall to effect service of the summons and third amended complaint on defendant John Moor. (Doc. 63). On February 7, 2007 defendants Yin, O'Brien, Helmer, Klingenberg, and Waggoner ("defendants") filed a Suggestion of Death for defendant John Moor. (Doc. 65). Defendants also filed proof of service of the Suggestion of Death on Consuelo Moor, widow of John Moor, on November 16, 2007. On February 23, 2007, the summons for John Moor was returned unexecuted, stating that John Moor was deceased. (Doc. 67)

///

///

///

On January 28, 2008, plaintiff filed a second motion for substitution of parties, requesting that the Estate of John Moor be substituted as defendant for John Moor.[1] Plaintiff's motion was denied, without prejudice, by order issued May 2, 2008. (Doc. 122). Plaintiff had not served the estate with a copy of his motion as required.

On May 19, 2008, plaintiff filed a third motion for the substitution of parties. (Doc. 126). Plaintiff also filed a motion requesting that the court issue an order directing the United States Marshal to serve the Estate of John Moor with a copy of the summons and complaint. (Doc. 127).

**A.    Plaintiff's Third Motion for Substitution of Parties**

Plaintiff's instant motion is defective since the Estate of John Moor has not yet been served. However, since plaintiff is proceeding in forma pauperis, the court shall order the United States Marshal to effect service of the Motion for Substitution of Parties, filed May 19, 2008. Once service is effected, and the Estate of John Moor has had an opportunity to respond, the court shall rule on plaintiff's motion.

**B.    Plaintiff's Motion for Service of Summons and Complaint**

Plaintiff's motion for service of the summons and complaint upon the Estate of John Moor is premature. The United States Marshal shall be directed to serve the Motion for Substitution of Parties upon the Estate of John Moor. Once service is effected, the court shall rule on plaintiff's Motion for Substitution. If and when his motion is granted, and if the Estate of John Moor is added as a defendant, the court will then direct the United States Marshal to direct service of a summons and complaint. **Until all these steps are completed**, the complaint will not be served. Plaintiff's motion is denied without prejudice.

///

///

///

---

[1] Plaintiff filed his first Motion for Substitution of Parties on June 1, 2007. By order dated October 15, 2007, the court held that the ninety day period to substitute had not been triggered because there was no declaration of service or other proof reflecting that there had been proper service of the Suggestion of Death on the nonparty successors or representatives of defendant Moor. (Doc. 88). Plaintiff's motion was therefore disregarded as moot. (Doc. 111).

**C     Conclusion and Order**

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshal's Office:

    a. One copy of the Motion for Substitution of Parties, filed May 19, 2008, to be served on:

    > **THE ESTATE OF JOHN MOOR**
    > **c/o Ms. Consuelo Moor**
    > **2053 E. Washington Boulevard**
    > **Colton, California, 92313**

    b. One copy of this order to accompany the Motion for Substitution of Parties, plus an extra copy for the U.S. Marshal.

2. Within **TWENTY (20) DAYS** from the date of this order, the U.S. Marshal is DIRECTED to serve on the ESTATE OF JOHN MOOR the Motion for Substitution of Parties in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure;

3. Plaintiff's Motion for Service of Summons and Complaint, filed May 19, 2008 is HEREBY DENIED, without prejudice; and

4. Strictly as a courtesy, the Clerk of the Court is directed to mail to The Estate of John Moor, at the above-listed address, a copy of the fourth amended complaint, filed August 31, 2006, and a copy of Plaintiff's Supplementary Pleading, filed October 22, 2007 (Doc. 86).

IT IS SO ORDERED.

Dated:   **June 12, 2008**          /s/ **Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE