IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYLE WILLIAMS,<br><br>        Plaintiff,<br><br>    vs.<br><br>ARTHUR CALDERON, et al,<br><br>        Defendants.<br>_____/ | 1:03-cv-05389-LJO-DLB (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>(DOCUMENT #125)<br><br>SIXTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 12, 2008, plaintiff filed a motion to extend time to file an opposition to the defendants' motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted sixty (60) days from the date of service of this order in which to file an opposition to the defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated:   **June 19, 2008**          /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE