# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYLE WILLIAMS, | CASE NO. 1:03-CV-5389-LJO-DLB P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTIONS TO EXCEED THE 25 INTERROGATORY LIMITATION |
| v. | |
| MOOR et al., | (Docs. 92, 93, and 94) |
| Defendants. | |

Plaintiff Darryle Williams ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. On November 16, 2007, plaintiff filed motions seeking leave of the court to exceed the twenty-five question limit on interrogatories for defendants Helmer, Yin and O'Brien. (Docs. 92, 93, 94). Defendants have not filed any opposition to plaintiff's motions, and the motions are deemed submitted. Local Rule 78-230(m).

Rule 33(a)(1) of the Federal Rules of Civil Procedure states that "unless otherwise stipulated or ordered by the court, a party may serve on any other party no more than 25 written interrogatories, including all discrete subparts. Leave to serve additional interrogatories may be granted to the extent consistent with Rule 26(b)(2)." The purpose behind the twenty-five question limitation is to reduce the frequency and increase the efficiency of interrogatory practice. (Advisory Committee notes on 1993 Amendments to FRCP 33(a)(1)).

Plaintiff seeks leave to propound 14 additional interrogatories to defendants Helmer and O'Brien, and 16 additional interrogatories to defendant Yin. (Doc. 92, Exh. A; Doc. 94, Exh. A; Doc.

1

93, Exh. A).

Good cause appearing, and no opposition having been filed, the court HEREBY ORDERS AS FOLLOWS:

1. Plaintiff's motion to propound additional interrogatories to defendant Helmer, filed November 16, 2007, is HEREBY GRANTED. Plaintiff may serve defendant with the 14 additional interrogatories attached as Exhibit A to Court Document #92, and defendant has **forty-five (45) days** within which to serve responses;

2. Plaintiff's motion to propound additional interrogatories to defendant Yin, filed November 16, 2007, is HEREBY GRANTED. Plaintiff may serve defendant with the 14 additional interrogatories attached as Exhibit A to Court Document #93, and defendant has **forty-five (45) days** within which to serve responses; and

3. Plaintiff's motion to propound additional interrogatories to defendant O'Brien, filed November 16, 2007, is HEREBY GRANTED. Plaintiff may serve defendant with the 14 additional interrogatories attached as Exhibit A to Court Document #94, and defendant has **forty-five (45) days** within which to serve responses.

IT IS SO ORDERED.

Dated: **June 20, 2008**        /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE