IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYLE WILLIAMS,<br><br>    Plaintiff,<br><br>  vs.<br><br>A. CALDERON, et al.,<br><br>    Defendants.<br>_____/ | 1:03-cv-5389 LJO DLB (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #152)<br><br>THIRTY- DAY DEADLINE |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 1, 2008, plaintiff filed a motion to extend time to file objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to the findings and recommendations.

   IT IS SO ORDERED.

   **Dated:   December 8, 2008**                    /s/ **Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE