# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYLE WILLIAMS, | CASE NO. 1:03-cv-5389-LJO DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT |
| v. | |
| A. CALDERON, et al., | (Doc. 151) |
| Defendants. | |

Plaintiff Darryle Williams, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 17, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. After obtaining an extension of time, plaintiff filed an Objection on December 29, 2008. Defendants did not file an objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 17, 2008, is adopted in full; and

2. Defendants' motion for summary judgment, filed April 15, 2008 and the Estate's motion for summary judgment filed September 11, 2008 is GRANTED, thus concluding this action in its entirety. IT IS SO ORDERED.

**Dated:  January 26, 2009**                    **/s/ Lawrence J. O'Neill**
                                                                         UNITED STATES DISTRICT JUDGE

1